**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN KELLOGG**, | ) Case No. 5:17-cv-01281-JFW-AFM |
| Plaintiff | ) |
| | ) **ORDER** |
| v. | ) |
| **I.Q. DATA INTERNATIONAL INC.**, | ) |
| | ) |
| Defendant | ) |
| | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated this 14th day of November, 2017

_____
The Honorable John F. Walter